## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARYL CRAIG COOLEY, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 12-0605-CG-N** |
| | ) | |
| **SEARCH HOSPITAL, <u>et</u> <u>al</u>.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>JUDGMENT</u>

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby

**DISMISSED** without prejudice.

**DONE and ORDERED** this 14th day of November, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE